**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| GEODYNAMICS, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 2:16-cv-697-RSP |
| | § | |
| DYNAENERGETICS US, INC. | § | |
| | § | |
| | § | |
| | § | |
| *Defendant.* | § | **JURY TRIAL DEMANDED** |

**ANSWER OF GEODYNAMICS TO DEFENDANT AND COUNTER-PLAINTIFF DYNAENERGETICS' COUNTERCLAIMS**

Plaintiff GEODynamics, Inc. ("GEODynamics") by their attorneys, serve and file this Answer in reply to the correspondingly numbered paragraphs beginning on page 7 of the Counterclaims (Dkt. 7) of DynaEnergetics US, Inc. ("DynaEnergetics") and would respectfully show as follows:

1. GEODynamics admits that Alfred Nobel invented dynamite. GEODynamics denies that Alfred Nobel founded DynaEnergetics. GEODynamics is without information sufficient to form a belief as to the truth of the remainder of the allegations of paragraph no. 1 and therefore denies the same.

2. Admitted.

3. Admitted.

4. GEODynamics admits that paragraph no. 4 purports to state counterclaims for a declaratory judgment pursuant to the patent and trademark laws of the United States, but denies

any wrong doing, and denies the remainder of the allegations of paragraph no. 4.

5. GEODynamics admits that this Court has subject matter jurisdiction of the purported counterclaims, but denies the remainder of the allegations of paragraph no. 5.

6. GEODynamics admits that this Court has personal jurisdiction of the purported counterclaims and that venue is proper, but denies the remainder of the allegations and denies any wrongdoing.

7. Admitted.

8. GEODynamics admits that an actual and justiciable controversy exists, but denies the allegations of DynaEnergetics' counterclaims, and denies the remainder of the allegations of paragraph no. 8.

9. GEODynamics incorporates its responses to paragraphs no. 1 through no. 8.

10. Admitted.

11. Admitted.

12. Denied.

13. Denied.

14. Denied.

15. GEODynamics incorporates its responses to paragraphs no. 1 through no. 14.

16. Admitted.

17. Admitted.

18. Denied.

19. Denied.

20. GEODynamics admits that an actual and justiciable controversy exists, but denies the allegations of DynaEnergetics' counterclaims, and denies the remainder of the allegations of paragraph no. 20.

21. GEODynamics incorporates its responses to paragraphs no. 1 through no. 20.

22. GEODynamics admits that an actual and justiciable controversy exists, but denies the allegations of DynaEnergetics' counterclaims, and denies the remainder of the allegations of paragraph no. 22.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

**Prayer**

GEODynamics denies the relief requested by DynaEnergetics in the prayer.

Respectfully submitted,

s/ *Theodore G. Baroody*

Theodore G. Baroody
Texas Bar No. 01797550
Gregory W. Marcum
Texas Bar No. 24002525
Carstens & Cahoon, LLP
13760 Noel Rd., Suite 900
Dallas, TX 75240
Telephone: 972-367-2001
baroody@cclaw.com
marcum@cclaw.com

*Attorneys for Plaintiff GEODynamics, Incorporated*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the 16th day of September, 2016. Any other counsel of record will be served by first class mail.

s/*Theodore G. Baroody*
Theodore G. Baroody