**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| GEODYNAMICS, INCORPORATED, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 2:16-CV-697-RSP |
| | § | |
| DYNAENERGETICS US, INC., | | |
| | | |
| *Defendant.* | | |

_____

| | |
|---|---|
| DYNAENERGETICS US, INC., | § |
| | § |
| *Counterclaim Plaintiff,* | § |
| | § |
| v. | § |
| | § |
| GEODYNAMICS, INCORPORATED, | § |
| | § |
| *Counterclaim Defendant.* | § |
| | § |

_____

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), recognizing the Joint Stipulation of Dismissal filed by Plaintiff GEODynamics, Incorporated ("GEODynamics") and Defendant DynaEnergetics US, Inc. ("DynaEnergetics"), it is ordered as follows:

ORDERED that the claims asserted herein by GEODynamics against DynaEnergetics in the above-referenced action be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by DynaEnergetics against GEODynamics be, and hereby are, dismissed with prejudice; and

ORDERED that the Parties shall bear their own attorneys' fees, expenses and costs.

**SIGNED this 26th day of October, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE